JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>       Plaintiff,<br><br>vs.<br><br>ZDAS LLC,<br><br>       Defendants. | Case No.: 5:24-cv-01652-SSS (DTBx)<br>**Judgment Re: Default Judgment**<br>Date: January 17, 2025<br>Time: 2:00 p.m.<br>Courtroom: 2, 2nd Floor<br>Honorable Judge Sunshine S. Sykes |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff DARWIN BOGGS shall have JUDGMENT in Plaintiff's favor in the amount of $1,495.00 as fees-and-costs award against Defendant ZDAS LLC.

//
//
//
//
//

Additionally, Defendant ZDAS LLC is ordered to provide an accessible parking space at the property located at or about 16718 Valley Blvd., Fontana, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: February 6, 2025

Sunshine S. Sykes
United States District Judge